1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  AMIE D. ROONEY (CABN 215314)
   SUSAN KNIGHT (CABN 209013)
5  Assistant United States Attorney

6        150 Almaden Boulevard, Suite 900
         San Jose, California 95113
7        Telephone: (408) 535-5061
         FAX: (408) 535-5066
8        Email: Amie.Rooney@usdoj.gov
                Susan.Knight@usdoj.gov
9

10 Attorneys for United States of America

11                       UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13
                                  SAN JOSE DIVISION
14

15 | UNITED STATES OF AMERICA,            )  NO. CR 18-00259 BLF
                                          )
16 |         Plaintiff,                   )  NOTICE OF DISMISSAL
                                          )
17 |    v.                                )
                                          )
18 | PATRICK NARRON,                      )
     PATRICIO ROMANO,                     )
19 | RONG "AUDREY" ZHANG, and              )
     JING QUI "GEE" WEIDEN,               )
20 |                                      )
             Defendants.                  )
21 |                                      )
   |_____)
22

23      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24 States Attorney for the Northern District of California dismisses the above-captioned indictment against

25 defendants Patrick Narron, Patricio Romano, Rong "Audrey" Zhang, and Jing Qui "Gee" Weiden

26 //

27 //

28 //

without prejudice.

DATED: 2/13/2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____
HALLIE HOFFMAN
Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 18-00259 BLF_____

v. 7/10/2018

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the above-captioned indictment against defendants Patrick Narron, Patricio Romano, Rong "Audrey" Zhang, and Jing Qui "Gee" Weiden.

DATED:

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge