1   DAVID L. ANDERSON (CABN 149604)
    United States Attorney

2

3   HALLIE HOFFMAN (CABN 210020)
    Chief, Criminal Division

4   AMIE D. ROONEY (CABN 215314)
    SUSAN KNIGHT (CABN 209013)

5   Assistant United States Attorney

6       150 Almaden Boulevard, Suite 900
        San Jose, California 95113

7       Telephone: (408) 535-5061
        FAX: (408) 535-5066

8       Email: Amie.Rooney@usdoj.gov
               Susan.Knight@usdoj.gov

9

10  Attorneys for United States of America

11                    UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13                       SAN JOSE DIVISION

14

15  UNITED STATES OF AMERICA,            )   NO. CR 18-00259 BLF
                                         )
16          Plaintiff,                   )   NOTICE OF DISMISSAL
                                         )
17      v.                               )
                                         )
18  PATRICK NARRON,                      )
    PATRICIO ROMANO,                     )
19  RONG "AUDREY" ZHANG, and             )
    JING QUI "GEE" WEIDEN,               )
20                                       )
                                         )
21          Defendants.                  )
                                         )

22

23          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

24  States Attorney for the Northern District of California dismisses the above-captioned indictment against

25  defendants Patrick Narron, Patricio Romano, Rong "Audrey" Zhang, and Jing Qui "Gee" Weiden

26  //

27  //

28  //

NOTICE OF DISMISSAL
No. CR 18-00259 BLF                                                          v. 7/10/2018

1  without prejudice.

2  DATED: 2/13/2020

3                                        Respectfully submitted,

4                                        DAVID L. ANDERSON
                                         United States Attorney

5

6                                        HALLIE HOFFMAN
                                         Chief, Criminal Division

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 18-00259 BLF_____                        v. 7/10/2018

1

**[~~PROPOSED~~] ORDER**

2        Leave is granted to the government to dismiss the above-captioned indictment against

3 defendants Patrick Narron, Patricio Romano, Rong "Audrey" Zhang, and Jing Qui "Gee" Weiden.

4 DATED:    February 18, 2020

5  

                       _____

                       HONORABLE BETH LABSON FREEMAN

6                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28